Jeane DeKelver
SBN 111394
4750 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00875 DLJ |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |
| v. | |
| ALI DAKHTEH, | |
| Defendant. | |

This matter is currently set for status on October 25, 2012. Defendant Ali Dakhteh was ordered into Pathways for ninety (90) days by Magistrate Judge Grewal and entered Pathways on October 10, 2012. Defense counsel is requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing for ninety days. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled October 25, 2012 status hearing date is hereby vacated.

Stipulation and [] Order CR-11-875 DLJ

1      2.    This matter is re-set for status on January 24, 2013 at 9:00 a.m.

2     STIPULATED:

3  DATED:   10/17/12                     /s/

4                                         Jeane DeKelver
                                       Attorney for Ali Dakhteh

6  DATED:   10/17/2012                 /s/

7                                         Gary Fry
                                       Assistant United States Attorney

9                                         IT IS SO ORDERED.

11 DATED:  _____              [signature]

12                                        D. Lowell Jensen
                                       United States District Judge

Stipulation and [] Order CR-11-875 DLJ