Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>        Plaintiff,                         )<br>                                                      )<br>    v.                                            )<br>                                                      )<br> ALI DAKHTEH,                       )<br>                                                      )<br>         Defendant.                    )<br>                                                      )<br>_____ ) | No. CR-11-00875 DLJ<br><br>**STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |

      This matter is currently set for status on June 13, 2013.  Defense counsel requires additional time for effective preparation.  Defense counsel is requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

      1.    The currently scheduled June 13, 2013 status hearing date is hereby vacated.

      2.    This matter is re-set for status on July 11, 2013 at 9:00 a.m.

1    3.    The time between June 13, 2013 and July 11, 2013 is deemed
2    excludable time to allow effective preparation.
3         STIPULATED:
4    DATED:    6/10/2013                          /s/
                                          Jeane DeKelver
5                                         Attorney for Ali Dakhteh

7    DATED:    6/10/2013                          /s/
                                          Gary Fry
8                                         Assistant United States Attorney

10                                        IT IS SO ORDERED.

12   DATED: _____           _____
                                          D. Lowell Jensen
13                                        United States District Judge

Stipulation and [] Order CR-11-875 DLJ