1  Jeane DeKelver
   SBN 111394
2  4750 Almaden Expressway
   Suite 124 PMB #208
3  San Jose, CA 95118
   408.307.5800
4  JeaneJD@comcast.net

5

6  Attorney for Ali Dakhteh

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,   )   No. CR-11-00875 DLJ
                                )
13           Plaintiff,         )   **STIPULATION AND**
                                )   **[] ORDER**
14       v.                     )   **RESCHEDULING STATUS**
                                )   **HEARING**
15  ALI DAKHTEH,                )
                                )
16           Defendant.         )
                                )
17  _____)

18

19       This matter is currently set for status on August 29, 2013. Defense

20  counsel requires additional time for effective preparation. Defense counsel is

21  requesting and Gary Fry, Assistant United States Attorney, does not object, to a

22  continuance of the status hearing. Based on the stipulation, the Court finds and

23  holds as follows:

24       1.   The currently scheduled August 29, 2013 status hearing date is

25  hereby vacated.

         2.   This matter is re-set for status on October 3, 2013 at 9:00 a.m.

Stipulation and [] Order CR-11-875 DLJ

3. The time between August 29, 2013 and October 3, 2013 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 8/22/2013                                /s/
Jeane DeKelver
Attorney for Ali Dakhteh

DATED: 8/22/2013                                /s/
Gary Fry
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

D. Lowell Jensen
United States District Judge

Stipulation and [] Order CR-11-875 DLJ