1

Jeane DeKelver
SBN 111394
2
4750 Almaden Expressway
Suite 124 PMB #208
3
San Jose, CA 95118
408.307.5800
4
JeaneJD@comcast.net

5

Attorney for Ali Dakhteh
6

7

# IN THE UNITED STATES DISTRICT COURT
8

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

### SAN JOSE DIVISION
10

11

UNITED STATES OF AMERICA,    )    No. CR-11-00875 DLJ
12                                  )
              Plaintiff,            )  **STIPULATION AND**
13                                  )  **[] ORDER**
        v.                          )  **RESCHEDULING STATUS**
14                                  )  **HEARING**
                                    )
15  ALI DAKHTEH,                    )
                                    )
16                                  )
                                    )
17          Defendant.              )
                                    )

18

19        This matter is currently set for status on February 13, 2014.  Counsel for

20  defendant Dakhteh requires additional time for effective preparation.  Jeane

21  DeKelver is requesting and Gary Fry, Assistant United States Attorney, does

22  not object, to a continuance of the status hearing. Based on the stipulation, the

23  Court finds and holds as follows:

24        1.    The currently scheduled February 13, 2014 status hearing datefor

25  defendant Dakhteh is hereby vacated.

      2.    This matter is re-set for status on February 27, 2014 at 9:00 a.m.

Stipulation and [] Order CR-11-875 DLJ

1    3.    The time between February 13, 2014 and February 27, 2014 is

2  deemed excludable time to allow effective preparation.

3    STIPULATED:

4  DATED:    2/8/2014    /s/

5  Jeane DeKelver
   Attorney for Ali Dakhteh

6

7  DATED:    2/7/2014    /s/

8  Gary Fry
   Assistant United States Attorney

9

10    IT IS SO ORDERED.

11

12  DATED:  _____    

13  D. Lowell Jensen
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation and [] Order CR-11-875 DLJ