Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AHMAD MOSTAFAVI, ALI DAKHTEH,<br><br>          Defendants. | No. CR-11-00875 DLJ<br><br>**STIPULATION AND**<br>**[] ORDER**<br>**RESCHEDULING SENTENCING** |

This matter is currently set for sentencing on November 20, 2014. Counsel for defendant Dakhteh will be out of the country on vacation when the draft presentence report is released.  Jeane DeKelver is requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the sentencing. Based on the stipulation, the Court finds and holds as follows:

    1.     The currently scheduled November 20, 2014 sentencing date for defendant Dakhteh is hereby vacated.

Stipulation and [] Order CR-11-875 DLJ

2.   This matter is re-set for sentencing on December 11, 2014 at 10:00 a.m.

SO STIPULATED:

DATED:   10/23/2014                                    /s/
                                                      Jeane DeKelver
                                                      Attorney for Ali Dakhteh


DATED:   10/23/2014                                    /s/
                                                      Gary Fry
                                                      Assistant United States Attorney


                                                      IT IS SO ORDERED.

DATED:   _____                                   _____
                                                      D. Lowell Jensen
                                                      United States District Judge

Stipulation and [] Order CR-11-875 DLJ